1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7           EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| 9  EILEEN FRANCES, | No. 2:16-cv-00004-SAB |
| 10       Plaintiff, | |
| 11       v. | **ORDER OF DISMISSAL** |
| 12 UNITED STATES OF AMERICA, | |
| 13       Defendant. | |
| 14 | |

      The parties filed a Fed. R. Civ. P. 41 Stipulation of Dismissal. ECF No. 11. The stipulation indicates the claims have been fully settled and this matter should be dismissed with prejudice and without costs to any party. The Court finds good cause to accept the stipulated dismissal.

      Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 11, is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice and without costs or attorneys' fees to any party.
3. Any pending motions are **dismissed as moot**.
4. All trial dates and deadlines are **stricken**.

//
//
//

**ORDER OF DISMISSAL** # 1

1 **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 file this Order, provide copies to counsel, and **close** the file.
3  **DATED** this 11th day of April 2016.



 _Stanley A. Bastian_
 Stanley A. Bastian
 United States District Judge

**ORDER OF DISMISSAL** # 2